UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHERINE SPARKS,

    Plaintiff,

v.

FCI DUBLIN, CA,

    Defendant.

Case No. 23-cv-02060-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notices to (1) file a complaint on this Court's form; and (2) either pay the $402 filing fee or file an application to proceed *in forma pauperis* (IFP). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Court's order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) be accompanied by a complaint on this Court's form; and (iii) be accompanied by full payment for the $402 filing fee or a complete IFP application, which includes the application form itself, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 13, 2023

RICHARD SEEBORG
Chief United States District Judge